```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 05341
  MARY JO SOKOLOWSKI
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
  SSN XXX-XX-0171


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/16/05 and confirmed on 04/08/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  48621.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED         10220.31       617.11       10220.31
GE MONEY BANK             SECURED           200.00         8.94         200.00
BECKET & LEE LLP          UNSECURED        4821.10          .00        1963.23
ECAST SETTLEMENT CORPORA  UNSECURED        8535.44          .00        3475.78
ECAST SETTLEMENT CORPORA  UNSECURED       12000.99          .00        4887.02
RESURGENT CAPITAL SERVIC  UNSECURED       12479.59          .00        5081.91
RESURGENT CAPITAL SERVIC  UNSECURED       11727.30          .00        4775.57
PORTFOLIO RECOVERY ASSOC  UNSECURED       11309.45          .00        4605.41
ECAST SETTLEMENT CORPORA  UNSECURED        1682.67          .00         685.21
NCM TRUST                 UNSECURED       16224.36          .00        6606.85
ECAST SETTLEMENT CORPORA  UNSECURED         265.50          .00         108.10
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 10420.31        .00     79046.40         .00      89466.71
PRINCIPAL PAID     10420.31        .00     32189.08         .00      42609.39
INTEREST PAID        626.05        .00         .00          .00        626.05
TOTAL PAID         11046.36        .00     32189.08         .00      43235.44
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $    2104.56 .

Refunds to the Debtor totaled $     681.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/13/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 05 B 05341 MARY JO SOKOLOWSKI
```